# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT KNOXVILLE
### Remanded by Supreme Court March 10, 2003

## CONNIE LEE ARNOLD v. STATE OF TENNESSEE

**Direct Appeal from the Criminal Court for Carter County**
**No. S15534    Robert E. Cupp, Judge**

_____

**No. E2003-00691-CCA-RM-PC**
**April 15, 2003**
_____

JOSEPH M. TIPTON, J., dissenting.


Even considering <u>Burnett v. State</u>, 92 S.W.3d 403 (Tenn. 2002), in which counsel was appointed and an opportunity to amend was provided, I believe the pro se petition in the present case adequately complies with the 1995 Post-Conviction Procedure Act and states a colorable claim for relief. Therefore, I respectfully dissent.

As noted in <u>Burnett</u>, in reviewing the sufficiency of a post-conviction petition, we are to accept the allegations as true, unless they are contrary to what has already been adjudicated. 92 S.W.3d at 406; <u>see</u> <u>Swanson v. State</u>, 749 S.W.2d 731, 735 (Tenn. 1988). The petition alleges the following:

> There was a Mistrial of this Case in Mountain City In July 1995 and
> Judge Brown in Prejudice and Bias Moved it to The Carter County
> Court.
>
> . . . .
>
> Yet Petitioner from Arrest to Trial and ReTrial was subject to The
> News Media Constant [Exploitation] of said Charges and No fair trial
> could ever be had in Carter County and Counsel of [Record] Did
> Nothing to prevent same to the harms way of [Petitioner] in his Day
> in Court, and Unjust Verdicts, and Illegal Imprisonment for same.

I remain convinced that this alleges a colorable claim regarding the ineffective assistance of counsel for failure to seek a change of venue in the face of bad publicity. I believe the petitioner should be given the same opportunity afforded the petitioner in <u>Burnett</u>. I would remand the case to the trial

court for the appointment of counsel and counsel's filing of a concise amendment to the petition raising any legitimate grounds for relief the petitioner arguably has. <u>See</u> Tenn. S. Ct. R. 28 § 6(C)(2)

 

_____
JOSEPH M. TIPTON, JUDGE